STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_Falk@fd.org

Counsel for Defendant Gage

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 2017–264 CRB |
| Plaintiff, | **MOTION AND [PROPOSED] ORDER TO RELEASE SEIZED ASSETS** |
| v. | |
| LLOYD GAGE, | |
| Defendant. | |

    Defendant Lloyd Gage was sentenced in the above captioned case on October 18, 2017. The County and City of San Francisco Sheriff's Office is currently in possession of $12,480 seized from Mr. Gage at the time of his arrest on January 26, 2017 (San Francisco Police Report No. 170070260). Mr. Gage's sister, Lashanti Gage, and grandmother, Linda Montgomery, have provided information reflecting that the monies seized from Mr. Gage on January 26, 2017, in fact belonged to them. Mr. Gage now respectfully requests that the Court order the San Francisco Police Department, and/or the San Francisco County Sheriff's Office, and/or San Francisco County to release this sum to his sister, Lashanti Gage, and her

Grandmother, Linda Montgomery. The Government has no objection to this proposed release of assets.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 22, 2018
STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
ELIZABETH FALK
Assistant Federal Public Defender

Dated: March 22, 2018
ALEX TSE
United States Attorney
Northern District of California

/S
BRIAN FAERSTEIN
Assistant United States Attorney

IT IS SO ORDERED.

The City and County of San Francisco, and/or the San Francisco Sheriff's Office and/or the San Francisco Police Department shall release the sum of $12,480 to Lashanti Gage and Linda Montgomery in the following amounts:

$7,480: Lashanti Gage

$5,000: Linda Montgomery

March 26, 2018
Dated

CHARLES R. BREYER
United States District Judge